UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD CARINIO,<br><br>           Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | CASE NO. C16-5117-MAT<br><br>ORDER GRANTING EXTENSION OF THE BRIEFING SCHEDULE |

Based on plaintiff's unopposed motion for extension of the briefing schedule (Dkt. 11), the Court GRANTS plaintiff's motion and ORDERS the following amended briefing schedule:

| | |
|---|---|
| Plaintiff's Opening Brief, **limited to 18 pages**, is due: | August 1, 2016 |
| Defendant's Response Brief, **limited to 18 pages**, is due: | August 29, 2016 |
| Plaintiff's Optional Reply Brief, **limited to 9 pages**, is due: | September 12, 2016 |

DATED this <u>1st</u> day of July, 2016.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING EXTENSION
OF THE BRIEFING SCHEDULE
PAGE - 1